People v Barber (2025 NY Slip Op 03523)

People v Barber

2025 NY Slip Op 03523

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed June 6, 2025.)

KA 22-00075.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
KEVIN BARBER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion to dismiss appeal granted. Matter remitted to Erie County Court to vacate judgment of conviction and dismiss indictment (see People v Matteson , 75 NY2d 745, 747 [1989]).